■ THE PEOPLE OF THE STATE OF NEW YORK v STEPHEN JACKSON, Also Known as FARIS ABDUL-MATIYN.—Application for a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Sandler, J. P., Carro, Kassal, Ellerin and Wallach, JJ. JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v MAURICE MAYO.—Application for writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.